Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED
2026 JUN -2 AM 11:33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BSA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF<br>V.<br>JACKSON JAMERE<br>USMS# ______ DEFENDANT | CASE NUMBER: 2:26-mj-02616-DUTY 22<br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 06/02/2026 at 8:30 ☑ AM ☐ PM
   or
   The defendant was arrested in the ______ District of ______ on ______ at ______ ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No
4. Charges under which defendant has been booked: Title: 21 USC: 841(a)1
   Possession with Intent to Distribute, and Distribution of a Controlled Substance
5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☑ No ☐ Yes Language: ______
7. Year of Birth: 1980
8. Defendant has retained counsel: ☑ No
   ☐ Yes Name: ______ Phone Number: ______
9. Name of Pretrial Services Officer notified: Diangela Palacio
10. Remarks (if any): ______
11. Name: BENJAMIN BROOKSHIRE (please print)
12. Office Phone Number: 213-305-9445
13. Agency: DEA
14. Signature: [signature]
15. Date: ______